UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN MCCOY,  :
    Plaintiff  :
      :
v.  : CIVIL NO. 1:11-CV-1673
      :
Warden BRYAN BLEDSOE, *et al.*,  :
    Defendants  :
      :

*O R D E R*

AND NOW, this 8th day of November, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 61), filed August 16, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1.  The magistrate judge's report (Doc. 61) is adopted.

    2.  Defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. 25) is GRANTED.

    3.  The Clerk of Court shall enter judgment in favor of the defendants and against plaintiff and close this file.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge